UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Moshe Lerner,

                Plaintiff,        CV-07-2704 (CPS)

    - against -              ORDER OF
                                                        DISCONTINUANCE
Eltman, Eltman & Cooper, P.C.,

                Defendant.

----------------------------------------X

    It having been reported to the Court that the above action has been settled, it is hereby

    ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

    The Clerk is directed to transmit a copy of the within to all parties and to the assigned magistrate judge.

    SO ORDERED.

Dated :    Brooklyn, New York        s/Hon. Charles P. Sifton
         October 17, 2007

                                                       United States District Judge